IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

V.                                                 No. 1:22-cv-00553-KWR-KK

$27,048.00 IN U.S. CURRENCY,

    *Defendant-in-rem.*

## DEFAULT JUDGMENT AND ORDER OF FORFEITURE

**THIS MATTER** having come before the court on the United States' Motion for Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the Court having reviewed the motion and other material matters on file and being fully advised in the premises,

**FINDS:**

    1.  The statements contained in the Request for Clerk's Entry of Default (Praecipe) (Doc.7), the Clerk's Entry of Default (Doc. 9), and the Motion for Default Judgment (Doc.10) are true.

    2.  This Court has jurisdiction over the parties to and the subject matter of this action and power to enter this Default Judgment.

    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Default Judgment is entered in favor of the United States.

    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all rights, title, and interest in the Defendant $27,048.00 in U.S. Currency are forfeited to the United States and title thereto is vested in the United States.

    **IT IS SO ORDERED.**

                                                              **KEA W. RIGGS**
                                                       **UNITED STATES DISTRICT JUDGE**

**SUBMITTED BY:**
*Electronically Submitted March 7, 2023*
STEPHEN R. KOTZ
Assistant U.S. Attorney